UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR KARA-MURZA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Lift Stay and Set Deadlines, and the entire record herein, **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay of these proceedings is **LIFTED;**

**IT IS FURTHER ORDERED** that Defendant shall answer or otherwise respond to the Complaint no later than May 19, 2020; and

**IT IS FURTHER ORDERED** the parties shall meet and confer regarding Defendant's response to Plaintiff's FOIA request and file a Joint Status Report no later than May 29, 2020.

**SO ORDERED** this _____ day of _____, 2020.

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE