UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VLADIMIR KARA-MURZA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 12, 2020, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation ("FBI") seeking records regarding Plaintiff, between May 2015 and July 2018. *See* ECF No. 1 ¶ 18.

As previously reported, as of April 29, 2020, RIDS resumed FOIA operations in a limited fashion. The RIDS staff was divided into three teams that returned to work on a rotating basis to comply with social distancing guidelines. *See* ECF No. 9-1 (Declaration of David M. Hardy).

On May 26, 2020, RIDS increased its staffing levels, again to a limited degree. Given the pandemic, however, the situation continues to remain uncertain and additional staffing changes will be made when necessary.

As of today, Defendant has identified records that are potentially responsive to Plaintiff's request and is continuing to search for additional documents responsive to Plaintiff's request. Defendant expects to be in a position to share the results of its additional searches with Plaintiff

on or before June 18, 2020. At that time, Defendant anticipates being able to provide additional information about a timetable for completion of processing and production.

The parties propose to submit a further Joint Status Report on June 24, 2020, and every 45 days thereafter, to apprise the Court regarding the status of the FBI's response to Plaintiff's request.

Dated: May 29, 2020

Respectfully submitted,

/s/ *Andrew E. Siegel*
Stephen G. Rademaker, DC Bar # 386922
Andrew E. Siegel, DC Bar # 1029365
Samuel R. Howe (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC  20001-4956
Telephone:  (202) 662-6000
srademaker@cov.com
asiegel@cov.com
showe@cov.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*