UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VLADIMIR KARA-MURZA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 29, 2020, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation ("FBI") seeking records regarding Plaintiff, between May 2015 and July 2018.  *See* ECF No. 1 ¶ 18.

As previously reported, Defendant had identified approximately 400 pages that are potentially responsive to Plaintiff's request and anticipated making an initial release of responsive, nonexempt records, if any, by September 15, 2020, to be followed by a final release by October 15, 2020.  ECF No. 13.  The FBI reports that it has completed its searches and is on track to make its initial release on or before September 15, 2020.

In accordance with the Court's May 29, 2020, Minute Order, the parties will file a further Joint Status Report on September 24, 2020, and every 45 days thereafter, to apprise the Court regarding the status of the FBI's response to Plaintiff's request.

| | |
|---|---|
| Dated:  August 10, 2020 | Respectfully submitted, |

     /s/ *Andrew E. Siegel*
Stephen G. Rademaker, DC Bar # 386922
Andrew E. Siegel, DC Bar # 1029365
Samuel R. Howe (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC  20001-4956
Telephone:  (202) 662-6000
srademaker@cov.com
asiegel@cov.com
showe@cov.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*

2