UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VLADIMIR KARA-MURZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-0545 (RC) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 29, 2020, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.  This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation ("FBI") seeking records regarding Plaintiff, between May 2015 and July 2018.  *See* ECF No. 1 ¶ 18.

### Plaintiff's Position

In the parties' November 9, 2020 Joint Status Report, Defendant represented that on or before November 20, 2020, Defendant would disclose the number of pages referred for consultation and, for each set of documents that Defendant had referred for consultation, "the number of pages referred to such agency, and the date upon which such referral was made." ECF No. 16.  On November 20, 2020, Defendant reported that it had referred 275 pages for consultation.  Defendant refused, however, to provide additional information, stating that the "FBI cannot divulge the identities of agencies or details such as the number of pages in any individual consultation package."

In light of Defendant's refusal to provide the information which Defendant had represented to the Court that it would provide, Plaintiff wrote to Defendant on December 8, 2020, to request that Defendant provide such information.  Defendant failed to respond to Plaintiff's request.

On December 21, 2020, Plaintiff contacted Defendant to confer pursuant to Local Rule 7(m) regarding Plaintiff's anticipated motion to compel Defendant to provide the information described above, and the parties intend to confer during the week of December 28, 2020 regarding Plaintiff's anticipated motion.

**Defendant's Position**

Undersigned counsel recently joined the office of the United States Attorney and entered his appearance on December 20, 2020, and will be handling the matter going forward.

Subsequent to the last status report, the FBI has completed its response to Plaintiff's FOIA request, other than those records which require consultation with other federal agencies. From September 15, 2020 through December 15, 2020, Defendant has promptly responded to Plaintiff's FOIA requests, reviewed 1,497 pages of records as potentially responsive, from which 1,020 were released to Plaintiff and 477 were removed pursuant to a lawful FOIA exemption. Out of those 477 pages, 275 have been referred to outside agencies for consultation.

Per correspondence from the FBI to Plaintiff dated November 16, 2020, the FBI advised Plaintiff that 606 pages had been reviewed and 346 pages were released to Plaintiff, with redactions pursuant to the FOIA exemptions outlined in the letter.

Per correspondence dated December 15, 2020, 24 of the pages referred to outside agencies were reviewed and released to Plaintiff, with redactions and lawful exemptions noted as outlined in the letter.

The FBI will continue to monitor the situation as it pertains to those other records which require consultation with other federal agencies.  The FBI plans subsequent releases after the records that were sent for consultation are returned, and are appropriate for release.  The FBI cannot provide a date certain when the agencies will respond to the consultations, or when it can issue a final determination, and notes that the Covid-19 Pandemic has basically reduced the FBI's FOIA office to approximately 50% staffing.

Dated:  December 24, 2020

Respectfully submitted,

 /s/ Andrew E. Siegel
Stephen G. Rademaker, DC Bar # 386922
Andrew E. Siegel, DC Bar # 1029365
Samuel R. Howe (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC  20001-4956
Telephone:  (202) 662-6000
srademaker@cov.com
asiegel@cov.com
showe@cov.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2510
thomas.duffey@usdov.gov

*Counsel for Defendant*