UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VLADIMIR KARA-MURZA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 29, 2020, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation ("FBI") seeking records regarding Plaintiff, between May 2015 and July 2018. *See* ECF No. 1 ¶ 18.

**Plaintiff's Position**

Since December 24, 2020, Defendant has not responded to Plaintiff's repeated requests for additional information regarding documents referred to other agencies, despite multiple attempts to meet and confer with Defendant on that issue. Specifically, Plaintiff seeks the identities of the agencies to which referrals were made, the number of pages included in each referral package, the date on which each referral was made, and the estimated date by which release decisions will be made by each such agency. The requested information is necessary to allow Plaintiff and the Court to evaluate whether Defendant's continued delay is reasonable.

Defendant's continued delay has placed Plaintiff and his family at risk. In December 2020, public reporting identified evidence that Russian security operatives used the Novichuk chemical

warfare agent in an attempt to assassinate Alexey Navalny and at least three other prominent Russian activists between 2014 and 2018. Plaintiff travels frequently to Russia in his capacity as a political activist, and Defendant's delay in releasing information to Plaintiff regarding the nature of Plaintiff's previous poisonings threatens Plaintiff's ability to protect himself on these trips.

Plaintiff is continuing its efforts to confer with Defendant regarding its refusal to provide this basic information, to understand whether Defendant will continue to refuse providing this information in the absence of a Court order.

**Defendant's Position**

As mentioned in the last status report dated December 24, 2020, the FBI has completed its response to Plaintiff's FOIA request, other than those records which require consultation with other federal agencies. Subsequent to the last status report, the FBI has continued to process records that were the subject of consultation with other agencies as those records have been returned to the FBI.

By letter dated January 15, 2021, the FBI advised Plaintiff it had processed 6 pages returned by the Internal Revenue Service, which were released to Plaintiff, with appropriate Exemptions.

The FBI will continue to monitor the situation as it pertains to those other records which were referred for consultation with other agencies. The FBI continues to plan for subsequent releases after the records sent for consultation are returned and are appropriate for release. The FBI cannot provide a date certain when the agencies will respond to the consultations, or when it can issue a final determination.

The FBI's FOIA Office continues to operate at approximately 50% staffing due to the Covid-19 pandemic.

Defendant will continue to consult with the outside agencies regarding the remaining records. There is no need for judicial intervention at this time and another status report should be submitted in 45 days.

Dated: February 8, 2021

Respectfully submitted,

 /s/ Andrew E. Siegel
Stephen G. Rademaker, DC Bar # 386922
Andrew E. Siegel, DC Bar # 1029365
Samuel R. Howe (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC  20001-4956
Telephone:  (202) 662-6000
srademaker@cov.com
asiegel@cov.com
showe@cov.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2510
thomas.duffey@usdov.gov

*Counsel for Defendant*

3