UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR KARA-MURZA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 14, 2021, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation seeking records regarding Plaintiff, between May 2015 and July 2018. *See* ECF No. 1 ¶ 18.

On July 1, 2021, Defendants provided Plaintiff with a draft *Vaughn* Index. The parties are conferring to assess whether any remaining issues can be resolved without the intervention of the Court. To permit the parties to continue their discussions, the parties jointly propose that they file another status report on or before September 1, 2021.

| | |
|---|---|
| Dated:  August 2, 2021 | Respectfully submitted, |
| | /s/ Andrew E. Siegel |
| | Stephen G. Rademaker, DC Bar # 386922 |
| | Andrew E. Siegel, DC Bar # 1029365 |
| | Samuel R. Howe (admitted *pro hac vice*) |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 Tenth Street, N.W. |
| | Washington, DC  20001-4956 |
| | Telephone:  (202) 662-6000 |
| | srademaker@cov.com |
| | asiegel@cov.com |
| | showe@cov.com |
| | |
| | *Counsel for Plaintiff* |
| | |
| | CHANNING D. PHILLIPS |
| | D.C. Bar No. 415793 |
| | United States Attorney |
| | |
| | BRIAN P. HUDAK |
| | Acting Chief, Civil Division |
| | |
| | By:  /s/ Thomas W. Duffey |
| | THOMAS W. DUFFEY |
| | Assistant United States Attorney |
| | Civil Division |
| | U.S. Attorney's Office, District of Columbia |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 252-2510 |
| | thomas.duffey@usdoj.gov |
| | |
| | *Counsel for Defendant* |