UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VLADIMIR KARA-MURZA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0545 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of August 3, 2021, Plaintiff Vladimir Kara-Murza and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. This case involves Plaintiff's July 2018 FOIA request to the Federal Bureau of Investigation seeking records regarding Plaintiff, between May 2015 and July 2018. *See* ECF No. 1 ¶ 18.

On July 1, 2021, Defendants provided Plaintiff with a draft *Vaughn* Index. Plaintiff is reviewing the Vaughn Index and the parties are conferring to assess whether any remaining issues can be resolved without the intervention of the Court. To permit the parties to continue their discussions, the parties jointly propose that they file another status report on or before October 1, 2021.

Dated: September 1, 2021                    Respectfully submitted,

  /s/ Andrew E. Siegel
Stephen G. Rademaker, DC Bar # 386922
Andrew E. Siegel, DC Bar # 1029365
Samuel R. Howe (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC  20001-4956
Telephone: (202) 662-6000
srademaker@cov.com
asiegel@cov.com

showe@cov.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar No. 415793
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*